FILED
10/12/21 5:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 19-22095-GLT |
| Alexander Zesch, | Chapter 13 |
| Debtor(s). | Related to Doc. 44 and 50 |

### CONSENT ORDER MODIFYING CONFIRMATION ORDER
### DATED JUNE 30, 2020 (FILED AT DOC. 44)

WHEREAS, Debtor's Amended Chapter 13 Plan dated December 3, 2019 proposed to cure prepetition arrears and reinstate payments to Freedom Mortgage Corporation ("Freedom") (Claim No. 9-2) as a long-term continuing debt;

WHEREAS, the Court confirmed the December 3, 2019 plan by its order entered June 30, 2020 at Doc. 44 (the "Confirmation Order");

WHEREAS, Pursuant to the Proof of Claim and and subsequent payment change notices filed by Freedom, Freedom was to have received the sum total of $46,157.08 for the period June 1, 2019 through September 30, 2021, as set forth in the below table:

| Begin | End | Mos | Pmt | Total | Running Total |
|---|---|---|---|---|---|
| 6/1/19 | 5/1/20 | 12 | 1,635.30 | 19,623.60 | 19,623.60 |
| 6/1/20 | 11/1/20 | 6 | 1,643.63 | 9,861.78 | 29,485.38 |
| 12/1/20 | 9/1/21 | 10 | 1,667.17 | 16,671.70 | 46,157.08 |

WHEREAS, through September 30, 2021 the Chapter 13 Trustee has distributed payments to Freedom in the sum total of $30,031.69;

WHEREAS, Debtor has made direct postpetition payments to Freedom in the sum total of $16,461.66;

WHEREAS, through September 30, 2021 the combined postpetition payments received by Freedom from the Debtor and from the Trustee total $46,493.35;

WHEREAS, as of October 1, 2021 Freedom is due for the October 1, 2021 payment less $336.27 reserve.

NOW THEREFORE, upon consent of the undersigned parties, as evidenced by their electronic signatures set forth below, the Court's order entered June 30, 2020 confirming the December 3, 2019 Plan shall be modified as follows:

Paragraph (1.)H.(3.) of the Confirmation Order is revised to read as follows:

(3.) Freedom Mortgage (CL #9-2) shall be paid by Trustee, for purposes of post-petition mortgage payments, beginning March 2020, plus an additional amount of $210.95, with the balance of the post-petition payments to bring the mortgage current post-petition through September 2021 to have been paid by the Debtor direct.

Except as expressly amended herein, the Confirmation Order shall otherwise remain unchanged and controlling.

So Ordered, this 12th day of ___October___, 20 21 .

_____
U.S. Bankruptcy Judge  hct

Consented to by:

/s/ Kathryn L. Harrison
Kathryn L. Harrison, Esquire
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA 15219
Phone: 412-261-0310
Email: kharrison@camlev.com
Attorney for Debtor

/s/James C. Warmbrodt
James C. Warmbrodt, Esquire
Office of the Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
Email: jwarmbrodt@chapter13trusteewdpa.com
Tel. (412) 471-5566 x 4143
Attorney for Trustee

/s/ Maria D. Miksich
Maria D. Miksich, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106
Email: mmiksich@kmllawgroup.com
Tel. 412-430-3589 x 1589
Attorney for Freedom Mortgage Corporation

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Alexander Zesch  
    Debtor

Case No. 19-22095-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 2  
Date Rcvd: Oct 13, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15239998 | | Freedom Mortgage Corporation, 10500 Kincaid Blvd, Fishers IN 46037-9764 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Brian Nicholas  
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Jerome B. Blank  
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Kathryn L. Harrison  
    on behalf of Debtor Alexander Zesch klh@camlev.com  
    jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com

Kevin Scott Frankel  
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 2 of 2 |
| Date Rcvd: Oct 13, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 7