IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | Document No. ____ |
| ALEXANDER ZESCH, ) | |
| ) | Related to Doc. No. 59 |
| Movant, ) | |
| v. ) | Hearing Date & Time: |
| ) | January 6, 2022 at 9:30 a.m. |
| All Creditors on Mailing Matrix and ) | |
| Ronda J. Winnecour, Trustee, ) | Chapter 13 341 Zoom Location |
| ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 6, 2021, I served a true and correct copy of the *Debtor's Amended Chapter 13 Plan,* the *Notice of Proposed Modification to Confirmed Plan Dated December 3, 2021* [Doc. 59] via United States First Class Mail, postage prepaid, to those parties on the Court's official Mailing Matrix and all parties in interest who have filed a notice of appearance or upon whom service must be effected under the Federal Rules of Bankruptcy Procedure or the Bankruptcy Local Rules.

Dated: December 6, 2021
       Pittsburgh, Pennsylvania

Respectfully submitted,

CAMPBELL & LEVINE, LLC

*s/Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310

*Counsel to the Debtor*

| | | |
|---|---|---|
| Allegheny Health Network<br>P.O. Box 645266<br>Pittsburgh, PA 15264-5250 | American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Angelo Bruno<br>6 Sosse Court<br>Norwalk, CT 06851-2810 |
| Bank of America Spirit Airlines Card<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998-2238 | Bank of America Mastercard<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| Bethel Park Chiro. Clinic, Inc.<br>5727 Library Road<br>Bethel Park, PA 15102-3788 | Chase Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | Credit Management Company<br>P.O. Box 16346<br>Pittsburgh, PA 15242-0346 |
| Developmental Pediatrics<br>180 Fort Couch Road, Suite 304<br>Pittsburgh, PA 15241-1041 | Eastern Acct. Sys. Of Connecticut, Inc.<br>3 Corporate Drive, Suite 2<br>Danbury, CT 06810-4166 | Fox Chapel Marine Sales & Service<br>1366 Old Freeport Road<br>Pittsburgh, PA 15238-3169 |
| Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | Grandis Rubin Shanahan & Associates<br>757 Coal Valley Road, Suite 750<br>Clairton, PA 15025 | Huntington Bank<br>5555 Cleveland Avenue<br>Columbus, OH 43231-4048 |
| JPMorgan Chase Bank, N.A.<br>c/o Robertson Anschutz & Schneid, PL<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Katherine Anne DelGrande<br>206 Keifer Drive<br>Pittsburgh, PA 15241-1338 | MedFinancial<br>1 1st Tennessee Bank<br>Dept. #888183<br>Knoxville, TN 37995-8183 |
| Mr. Cooper<br>P.O. Box 650783<br>Dallas, TX 75265-0783 | Nationstar Mortgage, LLC<br>d/b/a Mr. Cooper<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019-4620 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue. Suite 970<br>Pittsburgh, PA 15222-3721 |
| PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Department 280946<br>P.O. Box 980946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 | SIMM Associates, Inc.<br>800 Pencader Drive<br>Newark, DE 19702-3354 |
| Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | South Hills Cardiology Associates<br>P.O. Box 1870<br>Cary, NC 27512-1870 | St. Clair Hospital<br>1000 Bower Hill Road<br>Pittsburgh, PA 15243-1899 |
| Synchrony Bank<br>P.O. Box 105972<br>Atlanta, GA 30348-5972 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>P.O. Box 41021<br>Norfolk, VA 23541-1021 | UPMC<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Rebecca A. Solarz, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Nationstar Mortgage LLC
d/b/a Mr. Ciooper
P.O. Box 619096
Dallas, TX 75261-9096

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-6424

Tucci & Bruno Tax Services
c/o Angelo Bruno
6 Sosse Ct.
Norwalk, CT 06851-2810

Brian Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mario Hanyon, Esq.
Brock and Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2284

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

UPMC Physician Services
P.O. Box 1123
Minneapolis, MN 55440-1123

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Freedom Mortgage
10500 Kincaid Drive
Fishers, IN 46037

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1821

Thomas Song, Esq.
Phelan Hallinan Diamond & Jones LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284