**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>ALEXANDER ZESCH | Case No. 19-22095GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant<br>HUNTINGTON NATIONAL BANK(*)<br><br>Respondents | Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

> CREDITOR HAS SENT A REFUND STATING THE DEBT IS PAID IN FULL, IT APPEARS THAT THE TRUSTEE HAS ONLY PAID HALF OF THE CLAIM..

| | |
|---|---|
| HUNTINGTON NATIONAL BANK(*)<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Court claim# 3/Trustee CID# 3 |

The Movant further certifies that on 04/04/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ALEXANDER ZESCH, 206 KEIFER DRIVE, PITTSBURGH, PA  15241 | DEBTOR'S COUNSEL:<br>KATHRYN L HARRISON ESQ, CAMPBELL & LEVINE LLC, 310 GRANT ST STE 1700, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>HUNTINGTON NATIONAL BANK(*), 5555 CLEVELAND AVE - GW1N10, COLUMBUS, OH  43231 | ORIGINAL CREDITOR'S COUNSEL:<br>HUNTINGTON NATIONAL BANK FKA THE HUNTINGTON**, 5555 CLEVELAND AVE - GW1N10, COLUMBUS, OH  43231 |
| :<br>HUNTINGTON NATIONAL BANK**, ATTN BANKRUPTCY NOTICES, PO BOX 89424, CLEVELAND, OH  44101 | |
| NEW CREDITOR: | |