IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Alexander Zesch ) | Case No: 19-22095-GLT |
|     Debtor(s) ) | Chapter 13 |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
|     Movant, ) | Related to Doc. 72 |
| ) | |
|     Vs. ) | |
| Alexander Zesch and The Huntington ) | |
| National Bank ) | |
|     Respondent(s) ) | |

<u>CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF
PAYMENTS TO CREDITOR BASED ON PAY IN FULL NOTICE</u>

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on July 22, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than August 11, 2022.

<u>8/12/2022</u>                                                  <u>/s/ Owen W. Katz</u>
                                                        Owen W. Katz (PA I.D. #36473)
                                                        Attorney for Chapter 13 Trustee
                                                        U.S. Steel Tower- Suite 3250
                                                        600 Grant Street
                                                         Pittsburgh PA  15219
                                                         412-471-5566
                                                         okatz@chapter13trusteewdpa.com