IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| | ) | Document No. ____ |
| ALEXANDER ZESCH, | ) | |
| | ) | Related to Doc. No. 80 |
| Movant, | ) | |
| v. | ) | Hearing Date & Time: |
| | ) | February 8, 2023 at 9:30 a.m. |
| All Creditors on Mailing Matrix and | ) | |
| Ronda J. Winnecour, Trustee, | ) | Chapter 13 341 Zoom Location |
| | ) | |
| Respondents. | ) | Objection Deadline: January 9, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 21, 2023, I served a true and correct copy of the *Amended Notice of Proposed Modification to Plan Dated December 12, 2022* [Doc. 80] via United States First Class Mail, postage prepaid, to those parties on the Court's official Mailing Matrix and all parties in interest who have filed a notice of appearance or upon whom service must be effected under the Federal Rules of Bankruptcy Procedure or the Bankruptcy Local Rules.

Dated: December 21, 2022                    Respectfully submitted,
Pittsburgh, Pennsylvania

CAMPBELL & LEVINE, LLC

*/s/Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310

*Counsel to the Debtor*

Allegheny Health Network
P.O. Box 645266
Pittsburgh, PA 15264-5250

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Angelo Bruno
6 Sosse Court
Norwalk, CT 06851-2810

Bank of America Spirit Airlines Card
P.O. Box 15019
Wilmington, DE 19886-5019

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America Mastercard
P.O. Box 15019
Wilmington, DE 19886-5019

Bethel Park Chiro. Clinic, Inc.
5727 Library Road
Bethel Park, PA 15102-3788

JP Morgan Chase Bank, NA
Bankruptcy Mail Intake Team
700 Kansas Lane, Floor 1
Monroe, LA 71203-4774

Credit Management Company
P.O. Box 16346
Pittsburgh, PA 15242-0346

Developmental Pediatrics
180 Fort Couch Road, Suite 304
Pittsburgh, PA 15241-1041

Eastern Acct. Sys. Of Connecticut, Inc.
3 Corporate Drive, Suite 2
Danbury, CT 06810-4166

Fox Chapel Marine Sales & Service
1366 Old Freeport Road
Pittsburgh, PA 15238-3169

Kevin Scott Frankel
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406-4702

Grandis Rubin Shanahan & Associates
757 Coal Valley Road, Suite 750
Clairton, PA 15025

Huntington Bank
5555 Cleveland Avenue
Columbus, OH 43231-4048

JPMorgan Chase Bank, N.A.
c/o Robertson Anschutz & Schneid, PL
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Katherine Anne DelGrande
206 Keifer Drive
Pittsburgh, PA 15241-1338

MedFinancial
1 1st Tennessee Bank
Dept. #888183
Knoxville, TN 37995-8183

Mr. Cooper
P.O. Box 650783
Dallas, TX 75265-0783

Nationstar Mortgage, LLC
d/b/a Mr. Cooper
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue. Suite 970
Pittsburgh, PA 15222-3721

PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Department 280946
P.O. Box 980946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

SIMM Associates, Inc.
800 Pencader Drive
Newark, DE 19702-3354

Santander Consumer USA, Inc.
P.O. Box 961245
Fort Worth, TX 76161-0244

South Hills Cardiology Associates
P.O. Box 1870
Cary, NC 27512-1870

St. Clair Hospital
1000 Bower Hill Road
Pittsburgh, PA 15243-1899

Synchrony Bank
P.O. Box 105972
Atlanta, GA 30348-5972

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021

UPMC
P.O. Box 371472
Pittsburgh, PA 15250-7472

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Maria D. Miksich, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Rebecca A. Solarz, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Mario Hanyon, Esq.
Brock and Scott, PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054

Freedom Mortgage
10500 Kincaid Drive
Fishers, IN 46037

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Bank of America, N.A.
P.O. Box 982284
El Paso, TX 79998-2284

Jerome B. Blank, Esq.
Phelan Hallinan Diamond & Jones LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1821

Nationstar Mortgage LLC
d/b/a Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9096

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541-1067

Thomas Song, Esq.
Phelan Hallinan Diamond & Jones LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101-6424

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Santander Consumer USA
P.O. Box 560284
Dallas, TX 75356-0284

Tucci & Bruno Tax Services
c/o Angelo Bruno
6 Sosse Ct.
Norwalk, CT 06851-2810

UPMC Physician Services
P.O. Box 1123
Minneapolis, MN 55440-1123

Freedom Mortgage Corporation
10500 Kincaid Blvd.
Fishers, IN 46037-9764