FILED
10/31/23 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Alexander Zesch**

**Debtor(s).**

Case No. 19-22095-GLT

Chapter 13

Related to Doc. Nos. 83

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  The Trustee

- ☐ a motion to lift stay
  as to creditor  _____

- ☐ Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated December 3, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☐ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]                                        -1-

❑  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑  Debtor(s) shall file and serve _____ on or before _____.

❑  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒  Other: <u>The amended plan dated December 12, 2022 at Doc. 80 is withdrawn as moot. The declaration dated October 23, 2023 at Doc. 82 is withdrawn as moot. The claim of Freedom Mortgage Corporation (Claim #9) governs following all Notices of Mortgage Payment Change of record.</u>

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  31st Day of October, 2023

Dated:  October 31, 2023

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Stipulated by:

/s/ Kathryn L. Harrison
Kathryn L. Harrison (PA I.D. #209601)
Counsel to Debtor
Campbell & Levine, LLC
310 Grant Street, Suite 1700
Pittsburgh, PA  15219
412-261-0310
kharrison@camlev.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                                     -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-22095-GLT
Alexander Zesch | Chapter 13
  Debtor |

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Oct 31, 2023  Form ID: pdf900  Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15057750 | #+ | Angelo Bruno, 6 Sosse Court, Norwalk, CT 06851-2810 |
| 15057751 | | Bank of America Spirit Airlines Card, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057754 | + | Bethel Park Chiro. Clinic Inc., 5727 Library Road, Bethel Park, PA 15102-3788 |
| 15057757 | | Developmental Pediatrics, 180 Fort Couch Road, Suite 304, Pittsburgh, PA 15241-1041 |
| 15057758 | + | Eastern Acct. Sys. of Connecticut Inc., 3 Corporate Drive, Suite 2, Danbury, CT 06810-4166 |
| 15057759 | + | Fox Chapel Marine Sales & Service, 1366 Old Freeport Road, Pittsburgh, PA 15238-3169 |
| 15057760 | | Grandis Rubin Shanahan and Associates, 757 Coal Valley Road, Suite 750, Clairton, PA 15025 |
| 15057770 | + | Katherine Anne DelGrande, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15426607 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15057762 | | MedFinancial, 1 1st Tennessee Bank, Dept #888183, Knoxville, TN 37995-8183 |
| 15057766 | | South Hills Cardiology Associates, PO Box 1870, Cary, NC 27512-1870 |
| 15109514 | #+ | Tucci and Bruno Tax Services, c/o Angelo Bruno, 6 Sosse Ct., Norwalk, CT 06851-2810 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2023 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 01 2023 01:07:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15057748 | ^ | MEBN | Nov 01 2023 00:02:12 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15057749 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 01:07:51 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15087901 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2023 00:13:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15057752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2023 00:08:00 | Bank of America VISA, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15087862 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 01 2023 00:08:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15057753 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 01 2023 00:08:00 | Bank of American MasterCard, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057756 | | Email/Text: bdsupport@creditmanagementcompany.com | Nov 01 2023 00:08:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15426608 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 01 2023 00:08:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Indiana 46037-9764 |
| 15239998 | | Email/Text: Bankruptcy@Freedommortgage.com | Nov 01 2023 00:08:00 | Freedom Mortgage Corporation, 10500 Kincaid Blvd, Fishers IN 46037-9764 |
| 15057761 | + | Email/Text: bankruptcy@huntington.com | Nov 01 2023 00:08:00 | Huntington Bank, 5555 Cleveland Avenue, Columbus, OH 43231-4048 |
| 15057755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2023 01:28:36 | Chase Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 15066920 | + | Email/Text: RASEBN@raslg.com | Nov 01 2023 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15057763 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2023 00:08:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 15097722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2023 00:08:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15098722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2023 00:14:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15073398 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2023 00:08:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15057765 | + | Email/PDF: clerical@simmassociates.com | Nov 01 2023 00:14:44 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15057764 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 01 2023 00:08:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15057767 | | Email/Text: PFS.Analyst@stclair.org | Nov 01 2023 00:08:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15057768 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 00:14:04 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 15058470 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 01 2023 01:07:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15084963 | + | Email/Text: bankruptcy@huntington.com | Nov 01 2023 00:08:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15057769 | ^ | MEBN | Nov 01 2023 00:01:54 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15091187 | | Email/Text: BNCnotices@dcmservices.com | Nov 01 2023 00:08:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 19-22095-GLT  Doc 85  Filed 11/02/23  Entered 11/03/23 00:29:24  Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 31, 2023 | Form ID: pdf900 | Total Noticed: 39 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023              Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:**

**Name**         **Email Address**

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com

Kathryn L. Harrison
    on behalf of Debtor Alexander Zesch klh@camlev.com
    jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 8