IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | Document No. ____ |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Angelo D. Bruno, EA

    Incorrect Address: 6 Sosse Court
                      Norwalk, CT 06851-2810

REASON UNDELIVERABLE: Mailing address changed.

Corrected Address:

    Creditor Name: Angelo D. Bruno, EA

    Correct Address: Tucci and Bruno Tax Services
                     105 Technology Drive, Suite G1
                     Trumbull, CT 06611

                                                Respectfully submitted,

Dated: November 13, 2023                     CAMPBELL & LEVINE, LLC
        Pittsburgh, Pennsylvania

                                                  */s/Kathryn L. Harrison*
                                                  Kathryn L. Harrison Esq.
                                                  PA I.D. No. 209601
                                                  310 Grant Street, Suite 1700
                                                  Pittsburgh, Pennsylvania 15219
                                                  Tel: 412-261-0310
                                                  Fax: 412-261-5066
                                                  kharrison@camlev.com
                                                  *Counsel to the Debtor*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2023, a true and correct copy of the foregoing Notice of Change of Address was served by first class mail, postage prepaid, upon the following:

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

| | |
|---|---|
| Dated: November 13, 2023<br>Pittsburgh, Pennsylvania | CAMPBELL & LEVINE, LLC<br><br>*/s/Kathryn L. Harrison*<br>Kathryn L. Harrison Esq.<br>PA I.D. No. 209601<br>310 Grant Street, Suite 1700<br>Pittsburgh, Pennsylvania 15219<br>Tel: 412-261-0310<br>Fax: 412-261-5066<br>kharrison@camlev.com<br>*Counsel to the Debtor* |