Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Alexander Zesch** | : | Case No. 19−22095−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 91 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/9/24 at 11:00 AM |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     *AND NOW,* this *The 29th of July, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 91 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1) **On or before September 12, 2024**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2) This Motion is scheduled for hearing on *October 9, 2024 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                 Case No. 19-22095-GLT

Alexander Zesch                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                              Page 1 of 3

Date Rcvd: Jul 29, 2024                        Form ID: 604                                   Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15057750 | + | Angelo Bruno, Tucci and Bruno Tax Services, 105 Technology Drive, Suite G1, Trumbull, CT 06611-6349 |
| 15057751 | | Bank of America Spirit Airlines Card, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057754 | + | Bethel Park Chiro. Clinic Inc., 5727 Library Road, Bethel Park, PA 15102-3788 |
| 15057757 | | Developmental Pediatrics, 180 Fort Couch Road, Suite 304, Pittsburgh, PA 15241-1041 |
| 15057758 | + | Eastern Acct. Sys. of Connecticut Inc., 3 Corporate Drive, Suite 2, Danbury, CT 06810-4166 |
| 15057759 | + | Fox Chapel Marine Sales & Service, 1366 Old Freeport Road, Pittsburgh, PA 15238-3169 |
| 15057760 | | Grandis Rubin Shanahan and Associates, 757 Coal Valley Road, Suite 750, Clairton, PA 15025 |
| 15057770 | + | Katherine Anne DelGrande, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15426607 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15057762 | | MedFinancial, 1 1st Tennessee Bank, Dept #888183, Knoxville, TN 37995-8183 |
| 15057766 | | South Hills Cardiology Associates, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 23:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15057748 | ^ | MEBN | Jul 29 2024 23:38:45 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15057749 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2024 23:52:27 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15087901 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2024 23:52:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15057752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2024 23:45:00 | Bank of America VISA, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15087862 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 29 2024 23:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15057753 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2024 23:45:00 | Bank of American MasterCard, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057756 | | Email/Text: bdsupport@creditmanagementcompany.com | Jul 29 2024 23:46:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15426608 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2024 23:45:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, |

Case 19-22095-GLT    Doc 94    Filed 07/31/24    Entered 08/01/24 00:28:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jul 29, 2024 | Form ID: 604 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Indiana 46037-9764 |
| 15239998 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2024 23:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Blvd, Fishers IN 46037-9764 |
| 15057761 | + | Email/Text: bankruptcy@huntington.com | Jul 29 2024 23:46:00 | Huntington Bank, 5555 Cleveland Avenue, Columbus, OH 43231-4106 |
| 15057755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 23:52:23 | Chase Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 15066920 | + | Email/Text: RASEBN@raslg.com | Jul 29 2024 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15057763 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 23:45:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 15097722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 23:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15098722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:40 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15073398 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2024 23:46:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15057765 | + | Email/PDF: clerical@simmassociates.com | Jul 29 2024 23:52:10 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15057764 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2024 23:46:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15057767 | | Email/Text: PFS.Analyst@stclair.org | Jul 29 2024 23:46:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15057768 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2024 23:52:03 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 15058470 | ^ | MEBN | Jul 29 2024 23:39:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15084963 | + | Email/Text: bankruptcy@huntington.com | Jul 29 2024 23:46:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15057769 | ^ | MEBN | Jul 29 2024 23:38:29 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15091187 | | Email/Text: BNCnotices@dcmservices.com | Jul 29 2024 23:45:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Freedom Mortgage Corporation |
| 15109514 | ##+ | Tucci and Bruno Tax Services, c/o Angelo Bruno, 6 Sosse Ct., Norwalk, CT 06851-2810 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: 604 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Kathryn L. Harrison | on behalf of Debtor Alexander Zesch klh@camlev.com jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 8