**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ALEXANDER ZESCH <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:19-22095 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/24/2019 and confirmed on 7/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 129,276.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 129,276.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 50.10 | |
|    Trustee Fee | 6,380.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,430.30 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 30,031.69 | 30,031.69 | 0.00 | 30,031.69 |
|     Acct: 5741 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 58,668.46 | 0.00 | 58,668.46 |
|     Acct: 5741 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 77.10 | 77.10 | 0.00 | 77.10 |
|     Acct: 5741 | | | | |
|   SANTANDER CONSUMER USA INC - SERV | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8318 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 4,471.11 | 4,471.11 | 0.00 | 4,471.11 |
|     Acct: 0866 | | | | |
| | | | | 93,248.36 |
| **Priority** | | | | |
|   KATHRYN L HARRISON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALEXANDER ZESCH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAMPBELL & LEVINE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAMPBELL & LEVINE LLC | 50.10 | 50.10 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6123 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 11,814.06 | 5,882.34 | 0.00 | 5,882.34 |
|     Acct: 5009 | | | | |
|   TUCCI AND BRUNO TAX SERVICES | 600.00 | 298.75 | 0.00 | 298.75 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 7,239.05 | 3,604.40 | 0.00 | 3,604.40 |
|     Acct: 7723 | | | | |
|   BANK OF AMERICA NA** | 6,454.39 | 3,213.71 | 0.00 | 3,213.71 |
|     Acct: 6758 | | | | |
|   BANK OF AMERICA NA** | 8,438.97 | 4,201.85 | 0.00 | 4,201.85 |

19-22095                                                                                                      Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 8212 | | | | |
| | BETHEL PARK CHIRO CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8129 | | | | |
| | JPMORGAN CHASE BANK | 17,419.81 | 8,673.50 | 0.00 | 8,673.50 |
| | Acct: 2734 | | | | |
| | CMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9988 | | | | |
| | DEVELOPMENT PEDIATRICS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EASTERN ACCOUNT SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0862 | | | | |
| | FOX CHAPEL MARINE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4077 | | | | |
| | GRANDIS & RUBIN MD PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4357 | | | | |
| | MEDFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2163 | | | | |
| | SIMM ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9485 | | | | |
| | SOUTH HILLS CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9500 | | | | |
| | ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7593 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,697.15 | 845.03 | 0.00 | 845.03 |
| | Acct: 2678 | | | | |
| | UPMC PHYSICIAN SERVICES | 193.08 | 96.14 | 0.00 | 96.14 |
| | Acct: 9356 | | | | |
| | SANTANDER CONSUMER USA INC - SERV | 5,586.59 | 2,781.62 | 0.00 | 2,781.62 |
| | Acct: 8318 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2678 | | | | |
| | LOGS LEGAL GROUP LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KATHERINE DELGRANDE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 29,597.34 |

TOTAL PAID TO CREDITORS                                                                                 122,845.70

TOTAL CLAIMED
  PRIORITY              0.00
  SECURED          34,579.90
  UNSECURED       59,443.10

Date: 07/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ALEXANDER ZESCH

        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:19-22095

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22095-GLT
Alexander Zesch  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Jul 29, 2024  Form ID: pdf900  Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15057750 | + | Angelo Bruno, Tucci and Bruno Tax Services, 105 Technology Drive, Suite G1, Trumbull, CT 06611-6349 |
| 15057751 | | Bank of America Spirit Airlines Card, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057754 | + | Bethel Park Chiro. Clinic Inc., 5727 Library Road, Bethel Park, PA 15102-3788 |
| 15057757 | | Developmental Pediatrics, 180 Fort Couch Road, Suite 304, Pittsburgh, PA 15241-1041 |
| 15057758 | + | Eastern Acct. Sys. of Connecticut Inc., 3 Corporate Drive, Suite 2, Danbury, CT 06810-4166 |
| 15057759 | + | Fox Chapel Marine Sales & Service, 1366 Old Freeport Road, Pittsburgh, PA 15238-3169 |
| 15057760 | | Grandis Rubin Shanahan and Associates, 757 Coal Valley Road, Suite 750, Clairton, PA 15025 |
| 15057770 | + | Katherine Anne DelGrande, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15426607 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15057762 | | MedFinancial, 1 1st Tennessee Bank, Dept #888183, Knoxville, TN 37995-8183 |
| 15057766 | | South Hills Cardiology Associates, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 23:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15057748 | ^ | MEBN | Jul 29 2024 23:38:46 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15057749 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2024 23:52:04 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15087901 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2024 23:52:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15057752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2024 23:45:00 | Bank of America VISA, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15087862 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 29 2024 23:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15057753 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 29 2024 23:45:00 | Bank of American MasterCard, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057756 | | Email/Text: bdsupport@creditmanagementcompany.com | Jul 29 2024 23:46:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15426608 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2024 23:45:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Indiana 46037-9764 |
| 15239998 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 29 2024 23:45:00 | Freedom Mortgage Corporation, 10500 Kincaid Blvd, Fishers IN 46037-9764 |
| 15057761 | + | Email/Text: bankruptcy@huntington.com | Jul 29 2024 23:46:00 | Huntington Bank, 5555 Cleveland Avenue, Columbus, OH 43231-4106 |
| 15057755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 29 2024 23:52:40 | Chase Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 15066920 | + | Email/Text: RASEBN@raslg.com | Jul 29 2024 23:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15057763 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 23:45:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 15097722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2024 23:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15098722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2024 00:03:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15073398 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2024 23:46:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15057765 | + | Email/PDF: clerical@simmassociates.com | Jul 29 2024 23:52:10 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15057764 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2024 23:46:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15057767 | | Email/Text: PFS.Analyst@stclair.org | Jul 29 2024 23:46:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15057768 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2024 23:52:08 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 15058470 | ^ | MEBN | Jul 29 2024 23:39:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15084963 | + | Email/Text: bankruptcy@huntington.com | Jul 29 2024 23:46:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15057769 | ^ | MEBN | Jul 29 2024 23:38:31 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15091187 | | Email/Text: BNCnotices@dcmservices.com | Jul 29 2024 23:45:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 15109514 | ##+ | Tucci and Bruno Tax Services, c/o Angelo Bruno, 6 Sosse Ct., Norwalk, CT 06851-2810 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: pdf900 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Kathryn L. Harrison | on behalf of Debtor Alexander Zesch klh@camlev.com jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 8