**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE:<br>ALEXANDER ZESCH<br>            DEBTOR | CASE NO. 19-22095-GLT<br>CHAPTER 13 |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

NAME:    FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:    04/29/2024

OLD NOTICE ADDRESS:    10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW NOTICE ADDRESS:    11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939

OLD PAYMENT ADDRESS:    10500 Kincaid Drive, Suite 300
Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:    11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939

Dated: August 30, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-7939
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **IN RE:** <br> **ALEXANDER ZESCH** <br>               **DEBTOR** | **CASE NO.  19-22095-GLT** <br> **CHAPTER 13** |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

KATHRYN L. HARRISON
CAMPBELL & LEVINE, LLC
310 Grant St Ste 1700
Pittsburgh PA 15219-2239
*Counsel for Debtor*

RONDA J. WINNECOUR
600 Grant St Ste 3250
Pittsburgh PA 15219-2719
*Chapter 13 Trustee*

ALEXANDER ZESCH
206 Keifer Dr
Pittsburgh PA 15241-1338
*Debtor*

This 30th Day of August, 2024

                                            */s/Lorri Beltz*
                                            Lorri Beltz, Vice President, Default
                                            Freedom Mortgage Corporation
                                            11988 Exit 5 Parkway, Building 4
                                            Fishers, IN 46037-7939
                                            Telephone: (855) 690-5900
                                            E-Mail: Bankruptcy@FreedomMortgage.com