# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, | ) |
| | ) Chapter 13 |
|     Debtor. | ) |
| _____ | ) Document No. ____ |
| ALEXANDER ZESCH, | ) |
| | ) |
|     Movant, | ) |
| v. | ) |
| | ) |
| NO RESPONDENTS. | ) |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 7, 2019, at docket number 26, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: October 10, 2024
Pittsburgh, Pennsylvania

                                              Respectfully submitted,

                                              CAMPBELL & LEVINE, LLC

                                              */s/Kathryn L. Harrison*
                                              Kathryn L. Harrison Esq.
                                              PA I.D. No. 209601
                                              310 Grant Street, Suite 1700
                                              Pittsburgh, Pennsylvania 15219
                                              Tel: 412-261-0310
                                              Fax: 412-261-5066
                                              kharrison@camlev.com
                                              *Counsel to the Debtor*

**PAWB Local Form 24 (07/13)**