IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | Document No. \_\_\_\_ |
| ALEXANDER ZESCH, ) | |
| ) | Related to Doc. No. 102 |
| Movant, ) | |
| v. ) | Hearing Date and Time: November 27, 2024 |
| ) | at 10:00 a.m. |
| NO RESPONDENTS. ) | |
| ) | Response Deadline: October 28, 2024 |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER OF COURT
(I) ALLOWING THE DEBTOR TO FILE HIS CERTIFICATION OF DISCHARGE
ELIGBILITY; (II) ACCEPTING THE CERTIFICATION OF DISCHARGE ELIBILITY
AS TIMELY FILED; AND (III) DISCHARGING THE DEBTOR**

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **October 28, 2024** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **November 27, 2024, at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to

appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: October 10, 2024　　　　　　　　　Respectfully submitted,
　　　　Pittsburgh, Pennsylvania

　　　　　　　　　　　　　　　　　　　　　CAMPBELL & LEVINE, LLC

　　　　　　　　　　　　　　　　　　　　　*/s/Kathryn L. Harrison*
　　　　　　　　　　　　　　　　　　　　　Kathryn L. Harrison, Esq.
　　　　　　　　　　　　　　　　　　　　　PA I.D. No. 209601
　　　　　　　　　　　　　　　　　　　　　kharrison@camlev.com
　　　　　　　　　　　　　　　　　　　　　310 Grant St., Suite 1700
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　　　Tel: 412-261-0310
　　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtor*