# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| _____ ) | Document No. ____ |
| ALEXANDER ZESCH, ) | |
| ) | Related to Doc. Nos. 102 & 103 |
| Movant, ) | |
| v. ) | Hearing Date and Time: November 27, 2024 |
| ) | at 10:00 a.m. |
| NO RESPONDENTS. ) | |
| ) | Response Deadline: October 28, 2024 |

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on October 10, 2024, I served true and correct copies of the *Motion for Entry of an Order (I) Allowing the Debtor to File his Certification of Discharge Eligibility; (II) Accepting the Certification of Discharge Eligibility as Timely Filed; and (III) Discharging the Debtor* [Dkt. No. 102] and the *Notice of Hearing* [Dkt. No. 103] via electronic mail, upon the following:

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: rwinnecour@chapter13trusteewdpa.com

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Email: jodi.hause@usdoj.gov

Dated: October 10, 2024
Pittsburgh, Pennsylvania

Respectfully submitted,

CAMPBELL & LEVINE, LLC

By: */s/Kathryn L. Harrison*
Kathryn L. Harrison, Esq.
PA I.D. No. 209601
kharrison@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310

*Counsel to the Debtor*

{C1119999.1 }