FILED
10/10/24 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22095-GLT |
| | : | Chapter: | 13 |
| Alexander Zesch | : | | |
| | : | | |
| | : | Date: | 10/9/2024 |
| *Debtor(s).* | : | Time: | 02:30 |

## PROCEEDING MEMO

**MATTER:** # 93 Status Conference Why the Debtor Failed to File Certification(s) Required for Discharge . (RE: related document(s): 91 Chapter 13 Trustees Motion for Approval of Report of Receipts and Disbursements - Plan Completed
[Certificate of Discharge Eligibility due]

# 91 Chapter 13 Trustees Motion for Approval of Report of Receipts and Disbursements

**APPEARANCES**:
 Debtor:     [ No appearance ]
 Trustee:    Owen Katz

**NOTES:**

**OUTCOME:**

1. The *Chapter 13 Trustee's Motion for Approval of Report of Receipts and Disbursements* [ Dkt. No. 91 ] is **GRANTED**. [ H.T. to enter proposed order at Dkt. No. 91, but deleting any references to entry of a general discharge. ]

2. The *Order Setting status Conference* [ Dkt. No. 93 ] is **CONCLUDED**. [ Chambers to issue order authorizing clerk to close the case without discharge]

3. Order to show cause to be issued as to why Attorney Harrison did not attend the hearing.[ Chambers to Issue]

**DATED:** 10/9/2024