Case 19-22095-GLT    Doc 110    Filed 10/11/24    Entered 10/11/24 14:43:37    Desc Main
Document    Page 1 of 1

FILED
10/11/24 1:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-22095-GLT |
| | : | Chapter: 13 |
| Alexander Zesch | : | |
| | : | |
| | : | Date: 10/9/2024 |
| *Debtor(s).* | : | Time: 02:30 |

## AMENDED PROCEEDING MEMO

**MATTER:**  #93 Status Conference Why the Debtor Failed to File Certification(s) Required for Discharge . (RE: related document(s): 91 Chapter 13 Trustees Motion for Approval of Report of Receipts and Disbursements - Plan Completed
[Certificate of Discharge Eligibility due]

#91 Chapter 13 Trustees Motion for Approval of Report of Receipts and Disbursements

**APPEARANCES**:
Debtor:     [No appearance]
Trustee:    Owen Katz

**NOTES:**
[Subsequent to the hearing, and before the Court orders were entered, the Debtor filed his Certificate of Discharge Eligibility and a motion to deem it timely filed]

**OUTCOME:**
1. The *Chapter 13 Trustee's Motion for Approval of Report of Receipts and Disbursements* [Dkt. No. 91] is **GRANTED**. [HT to enter proposed order at Dkt. No. 91 as an amended order and without modification.]

2. The *Order Setting Status Conference* [ Dkt. No. 93 ] is **CONCLUDED**. [Text Order].

**DATED:** 10/11/2024