**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Alexander Zesch**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9356<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22095–GLT | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Alexander Zesch

10/11/24                                                                 **By the court:** Gregory L Taddonio
                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                             **Chapter 13 Discharge**                             page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22095-GLT |
| Alexander Zesch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15057750 | + | Angelo Bruno, Tucci and Bruno Tax Services, 105 Technology Drive, Suite G1, Trumbull, CT 06611-6349 |
| 15057751 | | Bank of America Spirit Airlines Card, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057754 | + | Bethel Park Chiro. Clinic Inc., 5727 Library Road, Bethel Park, PA 15102-3788 |
| 15057757 | | Developmental Pediatrics, 180 Fort Couch Road, Suite 304, Pittsburgh, PA 15241-1041 |
| 15057758 | + | Eastern Acct. Sys. of Connecticut Inc., 3 Corporate Drive, Suite 2, Danbury, CT 06810-4166 |
| 15057759 | + | Fox Chapel Marine Sales & Service, 1366 Old Freeport Road, Pittsburgh, PA 15238-3169 |
| 15057760 | | Grandis Rubin Shanahan and Associates, 757 Coal Valley Road, Suite 750, Clairton, PA 15025 |
| 15057770 | + | Katherine Anne DelGrande, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15426607 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15057762 | | MedFinancial, 1 1st Tennessee Bank, Dept #888183, Knoxville, TN 37995-8183 |
| 15057766 | | South Hills Cardiology Associates, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 12 2024 03:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2024 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 12 2024 03:20:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2024 23:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 23:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | EDI: PRA.COM | Oct 12 2024 03:20:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15057748 | ^ | MEBN | Oct 11 2024 23:28:09 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15057749 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 23:46:05 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |

Case 19-22095-GLT　　Doc 115　　Filed 10/13/24　　Entered 10/14/24 00:25:17　　Desc
Imaged Certificate of Notice　　Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15087901 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 23:46:12 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15057752 | | EDI: BANKAMER | Oct 12 2024 03:20:00 | Bank of America VISA, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15087862 | + | EDI: BANKAMER2 | Oct 12 2024 03:20:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15057753 | | EDI: BANKAMER | Oct 12 2024 03:20:00 | Bank of American MasterCard, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057756 | | Email/Text: bdsupport@creditmanagementcompany.com | Oct 11 2024 23:37:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15239998 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 11 2024 23:37:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15057761 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2024 23:37:00 | Huntington Bank, 5555 Cleveland Avenue, Columbus, OH 43231-4106 |
| 15057755 | | EDI: JPMORGANCHASE | Oct 12 2024 03:20:00 | Chase Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 15066920 | + | Email/Text: RASEBN@raslg.com | Oct 11 2024 23:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15057763 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 23:36:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 15097722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 23:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15098722 | | EDI: PRA.COM | Oct 12 2024 03:20:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15073398 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15057765 | + | Email/PDF: clerical@simmassociates.com | Oct 11 2024 23:46:10 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15057764 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:37:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15057767 | | Email/Text: PFS.Analyst@stclair.org | Oct 11 2024 23:37:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15057768 | | EDI: SYNC | Oct 12 2024 03:20:00 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 15058470 | ^ | MEBN | Oct 11 2024 23:27:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15084963 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2024 23:37:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15057769 | ^ | MEBN | Oct 11 2024 23:27:12 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15091187 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2024 23:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID　　Bypass Reason　　Name and Address**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 11, 2024 | Form ID: 3180W | Total Noticed: 39 |

| | | |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 15426608 | * | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15109514 | ##+ | Tucci and Bruno Tax Services, c/o Angelo Bruno, 6 Sosse Ct., Norwalk, CT 06851-2810 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com brausch@pincuslaw.com |
| Kathryn L. Harrison | on behalf of Debtor Alexander Zesch klh@camlev.com jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com wbecf@brockandscott.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 9