FILED
10/11/24 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankr. No. 19-22095-GLT |
| ALEXANDER ZESCH, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | Document No. ____ |
| ALEXANDER ZESCH, | ) | |
| | ) | Related to Doc. No. 102 |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENTS. | ) | |

### ORDER

AND NOW, this __11th__ day of __October__, 2024, upon consideration of the *Motion for Entry of an Order (I) Allowing the Debtor to File His Certification of Discharge Eligibility; (II) Accepting the Certification of Discharge Eligibility as Timely Filed; and (III) Discharging the Debtor*, it is hereby ORDERED that:

1. The Debtor has filed his Certification of Discharge Eligibility; and
2. The Certification of Discharge Eligibility is hereby considered timely filed; and
3. An Order discharging the Debtor shall be separately entered and filed by the Court.

Dated: 10/11/24

By the Court:

Honorable Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22095-GLT |
| Alexander Zesch | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

**Recip ID          Recipient Name and Address**
db              +  Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

**Name                         Email Address**

Denise Carlon
                             on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Jerome B. Blank
                             on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com

Kathryn L. Harrison
                             on behalf of Debtor Alexander Zesch klh@camlev.com
                             jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com

Kevin Scott Frankel
                             on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Mario J. Hanyon
                             on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Oct 11, 2024 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Ryan Starks
    on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com wbecf@brockandscott.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 9