**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/11/24 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

ALEXANDER ZESCH

       Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:19-22095

Chapter 13

Document No.: 91 and 106

AMENDED ORDER OF COURT

AND NOW, this _____11TH_____ day of __October_____, 20_24__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Dated: 10/11/24
cm: Debtor

BY THE COURT:

GREGORY L. TADDONIO
                hct
CHIEF U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-22095-GLT

Alexander Zesch                                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                  Page 1 of 3

Date Rcvd: Oct 11, 2024                   Form ID: pdf900                          Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexander Zesch, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15057750 | + | Angelo Bruno, Tucci and Bruno Tax Services, 105 Technology Drive, Suite G1, Trumbull, CT 06611-6349 |
| 15057751 | | Bank of America Spirit Airlines Card, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057754 | + | Bethel Park Chiro. Clinic Inc., 5727 Library Road, Bethel Park, PA 15102-3788 |
| 15057757 | | Developmental Pediatrics, 180 Fort Couch Road, Suite 304, Pittsburgh, PA 15241-1041 |
| 15057758 | + | Eastern Acct. Sys. of Connecticut Inc., 3 Corporate Drive, Suite 2, Danbury, CT 06810-4166 |
| 15057759 | + | Fox Chapel Marine Sales & Service, 1366 Old Freeport Road, Pittsburgh, PA 15238-3169 |
| 15057760 | | Grandis Rubin Shanahan and Associates, 757 Coal Valley Road, Suite 750, Clairton, PA 15025 |
| 15057770 | + | Katherine Anne DelGrande, 206 Keifer Drive, Pittsburgh, PA 15241-1338 |
| 15426607 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 15057762 | | MedFinancial, 1 1st Tennessee Bank, Dept #888183, Knoxville, TN 37995-8183 |
| 15057766 | | South Hills Cardiology Associates, PO Box 1870, Cary, NC 27512-1870 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 23:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2024 23:46:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15057748 | ^ | MEBN | Oct 11 2024 23:28:10 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15057749 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 23:45:13 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 15087901 | | Email/PDF: bncnotices@becket-lee.com | Oct 11 2024 23:45:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15057752 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 11 2024 23:36:00 | Bank of America VISA, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15087862 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 11 2024 23:37:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15057753 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 11 2024 23:36:00 | Bank of American MasterCard, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 15057756 | | Email/Text: bdsupport@creditmanagementcompany.com | Oct 11 2024 23:37:00 | Credit Management Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15239998 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 11 2024 23:37:00 | Freedom Mortgage Corporation, 11988 Exit 5 |

| | | | | |
|---|---|---|---|---|
| | | | | Parkway, Building 4, Fishers, IN 46037-7939 |
| 15057761 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2024 23:37:00 | Huntington Bank, 5555 Cleveland Avenue, Columbus, OH 43231-4106 |
| 15057755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 11 2024 23:45:29 | Chase Cardmember Services, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 15066920 | + | Email/Text: RASEBN@raslg.com | Oct 11 2024 23:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15057763 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 23:36:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 15097722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 11 2024 23:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15098722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2024 23:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15073398 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:37:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 15057765 | + | Email/PDF: clerical@simmassociates.com | Oct 11 2024 23:46:10 | SIMM Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15057764 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 11 2024 23:37:00 | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| 15057767 | | Email/Text: PFS.Analyst@stclair.org | Oct 11 2024 23:37:00 | St. Clair Hospital, 1000 Bower Hill Road, Pittsburgh, PA 15243-1899 |
| 15057768 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2024 23:46:14 | Synchrony Bank, P.O. Box 105972, Atlanta, GA 30348-5972 |
| 15058470 | ^ | MEBN | Oct 11 2024 23:27:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15084963 | + | Email/Text: bankruptcy@huntington.com | Oct 11 2024 23:37:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 15057769 | ^ | MEBN | Oct 11 2024 23:27:13 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15091187 | | Email/Text: BNCnotices@dcmservices.com | Oct 11 2024 23:37:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Freedom Mortgage Corporation |
| 15426608 | * | Freedom Mortgage, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 15109514 | ##+ | Tucci and Bruno Tax Services, c/o Angelo Bruno, 6 Sosse Ct., Norwalk, CT 06851-2810 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

District/off: 0315-2             User: auto             Page 3 of 3

Date Rcvd: Oct 11, 2024             Form ID: pdf900             Total Noticed: 37

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2024             Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation jblank@pincuslaw.com  brausch@pincuslaw.com |
| Kathryn L. Harrison | on behalf of Debtor Alexander Zesch klh@camlev.com jmb@camlev.com;hlp@camlev.com;candl@camlev.com;tmatiasic@yahoo.com;kmonahan@camlev.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ryan Starks | on behalf of Creditor Freedom Mortgage Corporation Ryan.Starks@brockandscott.com  wbecf@brockandscott.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 9